Z:\LOK_data\2109\001\Notice of Removal.doc

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAWNE MILLER, | ) |
| | ) |
| Plaintiff | ) Case No. 3:16-cv-315 |
| | ) |
| v. | ) **JURY TRIAL REQUESTED** |
| | ) |
| WAL-MART STORES, INC., d/b/a | ) Removed from Circuit Court of |
| SAM'S CLUB, | ) St. Clair County, Illinois |
| | ) No.: 16-L-111 |
| Defendant. | ) |

## NOTICE OF REMOVAL

COME NOW Defendant, Wal-Mart Stores, Inc., d/b/a Sam's Club, by and through its counsel, BETH C. BOGGS and BOGGS, AVELLINO, LACH & BOGGS, L.L.C., pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, and for its Notice of Removal, states to the Court as follows:

1. This action entitled *Dawne Miller v. Wal-Mart Stores, Inc., d/b/a Sam's Club.* was commenced in the Circuit Court for the County of St. Clair, Twentieth Judicial Circuit, State of Illinois, on or about February 23, 2016.

2. The attached Complaint was served upon Defendant on February 29, 2016.

3. Upon information and belief, Defendant states that Plaintiff is a resident of Fairview Heights, Illinois, in St. Clair County, Illinois and is a citizen and resident of the State of Illinois.

4. Defendant, Wal-Mart Stores, Inc. is a Delaware corporation, having its principal place of business in the State of Arkansas. Thus, for purposes of diversity jurisdiction, Defendant is a citizen and resident of both Delaware and Arkansas.

5. Defendant asserts that complete diversity exists, as Defendant is a citizen and resident of the State of Delaware and the State of Arkansas for purposes of federal jurisdiction. See 28 U.S.C. § 1332(c)(1).

6. This is an action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1335, in that the matter in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) and is between citizens of different states. The Plaintiff claims injury from a slip and fall and claims that she has suffered injury in excess of Fifty Thousand Dollars ($50,000.00). The nature of her injuries is not laid out in the Complaint. See Plaintiff's Complaint, Paragraph 9.

7. Defendant has received documentation of medical bills, which were allegedly incurred as a result of this incident, in the amount of $174,792.28. The Plaintiff has had surgery, including a right elbow, open lateral epicondyle release and a right elbow partial osteotomy of the lateral epicondyle. The Plaintiff has also allegedly sustained injuries to her wrist and back. The back injuries have allegedly resulted in injections.

8. Copies of all processes, pleadings, orders, records, and proceedings in St. Clair County are attached to this Notice of Removal.

9. Defendant has filed this Notice of Removal within 30 days after the service of the Complaint from which it was first ascertained that this case was removable.

WHEREFORE, Defendant, Wal-Mart Stores, Inc. respectfully requests that this Court acknowledge jurisdiction over this action, and allow removal thereto to this Court for determination of all issues involved herein.

Respectfully submitted,

**WAL-MART STORES, INC., D/B/A SAM'S CLUB**

/s/ Beth C. Boggs
Beth C. Boggs, #06208313
BOGGS, AVELLINO, LACH & BOGGS, L.L.C.
9326 Olive Blvd., Suite 200
St. Louis, MO 63132
(314) 726-2310 PHONE
(314) 726-2360 FAX
bboggs@balblawyers.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF filing system for the United States District Court for the Southern District of Illinois and electronically forwarded this 23rd day of March, 2016, to:

Thomas G. Maag, #6272640
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095
Phone (618) 216-5291
**Attorney for Plaintiff**

/s/ Beth C. Boggs