IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
SAINT CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| DAWNE MILLER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-L- 111 |
| WAL-MART STORES, INC, d/b/a Sams Club, | ) |
| Defendant. | ) |

FILED
ST. CLAIR COUNTY
FEB 23 2016
CIRCUIT CLERK

## COMPLAINT

Comes now Dawne Miller, by and through her attorneys, Thomas G. Maag and the Maag Law Firm, LLC, and for her cause of action against, Wal-Mart Stores, Inc., d.b.a Sam's Club, states as follows:

1. That on or about March 25, 2014, Plaintiff Dawne Miller ("Miller") was shopping at the Sam's Club in O'Fallon, Illinois.

2. That at all times relevant, Defendant Wal-Mart Stores, Inc. ("Sam"), operates the Sam's Club, located in O'Fallon, Illinois.

3. That while Plaintiff was shopping at Defendant Sam's employees were mopping the floor, and in the course of doing so, spread soapy water across the floor.

4. That neither Defendant, nor any of its agents or employees, placed any warnings or other indications around the wet floor to notify persons, such as Plaintiff, that the floor was, in fact, wet and slippery.

5. That the soapy water was actually placed on the floor by agents and/or employees of Defendant, acting in the course and scope of their duty with Defendant.

6. At all times relevant, Defendant has a duty under the Illinois Premises Liability Act, of reasonable care under the circumstances regarding the state of the premises or acts done or omitted on them.

7. In violation of its duty of care, Defendant caused, through its agents and employees, soapy water to be placed on the floor on its store in O'Fallon, Illinois, during normal business hours, without warning Plaintiff, or others, of the existence of the hazard.

8. As a proximate cause of the foregoing, Plaintiff slipped and fell on the soapy water, and thereby was injured.

9. As a proximate cause of the foregoing, Plaintiff has been injured in an amount in excess of $50,000.00.

WHEREFORE, Plaintiff Dawne Miller humbly requests that this Honorable Court enter judgment in her favor, and against Defendant Wal-Mart Stores, Inc., in an amount in excess of $50,000.00, plus costs of suit, and such other, further and different relief as is allowed by law.

Dated: February 22, 2016

Respectfully Submitted,
Dawn Miller

By: _____

Thomas G. Maag #6272640
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095

Phone: 618-216-5291

## AFFIDAVIT OF CASE VALUE

The undersigned hereby certifies that this case has a value in excess of $50,000.00, exclusive of interest and costs.

Dated: _____

_____